﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/31/19

DOCKET NO. 191121-44863
DATE: December 31, 2019

REMANDED

Entitlement to a compensable disability evaluation for bilateral hearing loss is remanded.

REASONS FOR REMAND

The Board notes that the rating decision on appeal was issued in January 2016. In November 2018, the Veteran elected the modernized review system. 38 C.F.R. § 19.2 (d).

The Veteran served on active duty in the Navy from January 1955 to December 1958. The Veteran selected the Supplemental Claim lane when he opted in to the Appeals Modernization Program (RAMP). In February 2019 the Agency of Original Jurisdiction (AOJ) issued an AMA rating decision in which the Veteran timely appealed to the Board and requested direct review of the evidence considered by the AOJ. 

Entitlement to a compensable disability evaluation for bilateral hearing loss is remanded.

A remand is necessary to afford the Veteran a VA examination to determine the severity of his bilateral hearing loss. A review of the record suggests that this condition has worsened in severity since the last VA Compensation and Pension Examination in December 2015. See Snuffer v. Gober, 10 Vet. App. 400 (1997). 

The Veteran has claimed, prior to the decision on appeal, that his hearing loss is worse than the noncompensable rating assigned. See May 2017 Statement in Support of Claim. As such, the Veteran must be scheduled for a new VA examination to assess the current severity of his bilateral hearing loss.

The matter is REMANDED for the following actions:

1. Schedule the Veteran for a VA audiological examination to address the current severity of his service-connected bilateral hearing loss. The examiner is to be provided access to the electronic claims file. The examiner must specify in the report that these records have been reviewed. 

2. Following a complete review of the claims file and examination of the Veteran, the examiner is to provide a detailed review of the Veteran’s current complaints and the nature and extent of any hearing loss disability. A detailed rationale must be provided for any opinion provided, including a discussion of the evidence of record and medical principles which led to the conclusions reached.

 

 

M. H. HAWLEY

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Johnson, Associate Counsel 

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.